DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| James Miller, | ) | |
| | ) | CASE NO. 3:04 CV 7203 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Reliance Standard Life Insurance Company, et al., | ) ) | |
| | ) | |
| Defendant(s). | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that it was arbitrary and capricious for the defendants to deny plaintiff long-term disability benefits under the relevant ERISA plan. Judgment for the plaintiff.


 June 6, 2005                 *s/ David D. Dowd, Jr.*
Date                                    David D. Dowd, Jr.
                                            U.S. District Judge